IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| LUCILE COLLINS | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil Action File No. CV 414-118 |
| WAL-MART STORES EAST, LP | ) | |
| Defendant. | ) | |

## ORDER CONTINUING STAY OF ALL REMAINING DEADLINES

The Court having considered the parties' motion to continue stay all remaining deadlines and this Court finding the said stay and continuance is appropriate.

IT IS, THEREFORE, ORDERED, for good cause shown, that the motion is hereby GRANTED and all pending deadlines are stayed for a period of ninety days. If counsel has not returned to the practice of law by the end of this extension, then he shall withdraw from the case and assist his client in obtaining new counsel.

**IT IS SO ORDERED**, this __23rd__ day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA