IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LUCILE COLLINS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV414-118
 )
WAL-MART STORES EAST, LP, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 31.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and all parties shall bear their own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of August 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
AUG 14 2015
CLERK
SO. DIST. OF GA